**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROY ANTHONY PRUITT, | ) | NO. CV 12-7996-JST(E) |
|        Petitioner, | ) | |
|   v. | ) | JUDGMENT |
| WARDEN L.J. MILUSNIC, | ) | |
|        Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  January 26, 2013

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE